# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61687-UU

JIMMIE LEE,

      Plaintiff,

v.

I.C. SYSTEM, Inc.

      Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On July 23, 2018, Plaintiff filed his complaint with the Court. D.E. 1. However, as of as of August 10, 2018, Plaintiff has not filed a verified affidavit of service as to Defendant, nor otherwise apprised the Court as to his efforts in effecting service on Defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall show cause in writing as to his efforts in effecting service on Defendant by **Wednesday, August 15, 2018**. **Failure to respond to this Order may result in dismissal of this action against Defendants without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _10th__ day of August, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record